

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00893-CR

The **STATE** of Texas,
Appellant

v.

Pastor **HERNANDEZ VILLEDA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13946CR
Honorable Dennis Powell, Judge Presiding

BEFORE THE EN BANC COURT[1]

In accordance with this court's opinion of this date, we WITHDRAW our August 27, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Pastor Hernandez Villeda's request for habeas relief; RENDER judgment denying Hernandez Villeda's habeas application; and REINSTATE the information charging Hernandez Villeda with the misdemeanor offense of criminal trespass.

SIGNED October 10, 2025.

Irene Rios, Justice

---

[1] Justice Lori Massey Brissette is not participating.